KENT J. COLLINS
Attorney at Law
345 Riverview, Ste. 700
Wichita, Kansas 67203
(316) 267-4300
(316) 265-3427 (Fax)
kcollins@renderkamas.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID ALAN FORD ) | |
| LORI JUNE FORD ) | Case No. 03-12398 |
| _____ ) | Chapter 13 |

## MOTION FOR RELEASE OF FUNDS FROM COURT REGISTRY

**COME NOW** the Creditor, American Builders, and moves this Court for an order releasing funds being held on behalf of the Creditor from the estate of the Debtors. In support hereof, Creditor states to the Court:

1. The case trustee paid into the Court dividends of the estate, in the approximate amount of $4,305.40, pursuant to 11 USC § 347(a) and 28 USC § 2041.

2. Pursuant to 28 USC § 2042, Creditor moves the Court to release those funds to Creditor.

**WHEREFORE,** Creditor, American Builders, prays that, after notice and opportunity for hearing, the Court enter an order releasing the unclaimed funds in this bankruptcy case to the Creditor and for such further relief the Court finds just and equitable.

          */s/ Kent J. Collins*
Kent J. Collins, SC#14228
Attorney at Law
345 Riverview, Suite 700
Wichita, Kansas 67203
(316) 267-4300 – phone
(316) 265-3427 – fax
kcollins@renderkamas.com
*Attorney for Creditor*